motion for en banc reconsideration

6.    However, for good cause this Court may grant an extension.

## III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant preys that this Court grant an extension of time to file Appellants Motion for Reconsideration.

Respectfully submitted:

Kevin Tower

Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of August 2015, a true and correct copy of the foregoing was served as stated below pursuant to the Texas Rules of Civil Procedure.

Mr. Jonathan M. Williams
Marinosci Law Group, P.C.
14643 Dallas Parkway, Suite 750
Dallas, Texas 75254
(972) 331-5240

☐ Electronic File via ProDocEfile.com
☒ Confirmed Facsimile
☐ Hand Delivery
☐ Regular U.S. Mail
☐ CMRRR

Kevin Tower